IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN HARTWELL COCKE, as Executor of the Estate of William Byron Cocke, Deceased, as Ececutor of the Estate of Catherine Crichton Cocke, Deceased; WILLIAM MARSTON BECKER, as Conservator of W.R.C., E.C.C., J.S.C, C.E.C., P.S.G.C.,a Minor; VIRGINIA FRANCIS COCKE, as Guardians of W.R.C., E.C.C., J.S.C., C.E.C., P.S.G.C., a Minor; and JOHN HARTWELL COCKE, as Guardians of W.R.C., E.C.C., J.S.C., C.E.C., P.S.G.C., a Minor;<br>Plaintiffs,<br><br>vs.<br><br>WHISLER AVIATION, INC., a Nebraska Corporation; and CENTRAL CYLINDER SERVICE, INC., a Nebraska Corporation;<br>Defendants. | **8:19-CV-335**<br><br>**JUDGMENT** |

This matter is before the Court on Plaintiffs' unopposed Rule 41(a)(2) Motion for Dismissal (Filing 61). Pursuant to Federal Rule of Civil Procedure 41(a)(2), this case is dismissed with prejudice. It is further ordered that this action, having no further parties or controversy before this Court, be closed.

Dated this 10th day of September, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge